ORDERED.

Dated:  January 30, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Charles James Zeek, | )   CASE # 6:18-bk-07237-CCJ |
| Kimberly Jean Zeek, | )   CHAPTER 7 |
| | ) |
| Debtors. | ) |

**ORDER AUTHORIZING RETENTION OF BK GLOBAL REAL ESTATE SERVICES AND KELLER WILLIAMS WINTER PARK TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate Services and Keller Williams Winter Park to Market and Conduct Short Sale Auction Pursuant to 11 U.S.C. §§327 and 328 (Doc. No. 23) filed on January 30, 2019. The Court concludes that BK Global Real Estate Services and Keller Williams Winter Park do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services and Keller Williams Winter Park are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

**ORDERED** the Application is granted and the Court approves the retention of BK Global Real Estate Services and Keller Williams Winter Park to sell real property located at 1502 GILES ST. NW, PALM BAY, FL 32907. All compensation authorized is subject to the provisions of Section 330 of the Bankruptcy Code and any hourly rate is not guaranteed and is subject to review and no payment whatsoever shall be made to the attorney absent application and order.

Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.