

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/14/2019 02:45 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-07237-CCJ** | 7 | 11/20/2018 |

**Chapter 7**

| **DEBTOR:** | Charles Zeek |
| | Kimberly Zeek |
| **DEBTOR ATTY:** | **Michael Faro** |
| **TRUSTEE:** | **Richard Webber** |

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 1502 Giles St. Nw, Palm Bay, FL 32907 Parcel ID 28-36-27-KN-01800.0-0028.00 (Doc #35)
Response by Bank of America to Motion to Sell (Doc #37)
Note:
Amended Order Granting Motion For Relief From Stay by Bank of America re: 1502 Giles Street NW, Palm Bay, FL 32907 (Doc #32) entered 4/1/19

**APPEARANCES:**: Richard Webber: Chp. 7 Trustee; Lorne Durket: Bank of Ameria Atty

**RULING:** Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 1502 Giles St. Nw, Palm Bay, FL 32907 Parcel ID 28-36-27-KN-01800.0-0028.00   (Doc #35) - AGREED AS DISCUSSED IN OPEN COURT; ORDER BY WEBBER.      (WC)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.